UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANN MARIE LEMIRE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ARMOR CORRECTIONAL HEALTH )<br>SERVICES, INC. )<br>)<br>   Defendant. ) | Civil Action No. 2:21-cv-00186-JCN |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ann Marie Lemire and Defendant Armor Correctional Health Services, Inc., by their undersigned counsel, hereby stipulate and agree that this action, together with any and all claims asserted in the action, shall be dismissed in its entirety with prejudice and without any assessment by the Court of costs or attorneys' fees and waiving all rights of appeal.

Dated:  June 5, 2023

                    */s/ Melinda J. Caterine*
                    Melinda J. Caterine (Bar No. 007129)
                    LITTLER MENDELSON, P.C.
                    One Monument Square, Suite 600
                    Portland, ME 04101
                    Phone:  207.774.6001
                    mcaterine@littler.com

                    *Attorney for Defendant*
                    Armor Correctional Health Services Inc.

Dated:  June 5, 2023

/s/ Emily P. Crowley
Emily P. Crowley
CURTIS THAXTER, LLC
One Canal Plaza, Suite 1000
P.O. Box 7320
Portland, ME 04112-7320
Phone:  207-774-9000
ecrowley@curtisthaxter.com

*Attorney for Plaintiff*

/s/ Paul M. Boots
Paul M. Boots
Paul M. Boots, P.A.
22 Free Street, Suite 401
P.O. Box 7469
Portland, ME  04112-7469
207-773-0410
paul@bootslaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Melinda J. Caterine, hereby certify that I electronically filed the foregoing document using the CM/ECF system on the date noted below, which will send notification of such filing to the following:

Emily Crowley, Esquire
Curtis Thaxter, LLC
One Canal Plaza, Suite 1000
P.O. Box 7320
Portland, ME 04112-7320
207-774-9000
ecrowley@curtisthaxter.com

Paul M. Boots, Esquire
Paul M. Boots, P.A.
22 Free Street, Suite 401
P.O. Box 7469
Portland, ME  04112-7469
207-773-0410
paul@bootslaw.com

Dated:  June 5, 2023

/s/ Melinda J. Caterine
Melinda J. Caterine (Bar No. 007129)
LITTLER MENDELSON, P.C.
One Monument Square, Suite 600
Portland, ME 04101
Phone:  207.774.6001
mcaterine@littler.com

*Attorney for Defendant*
Armor Correctional Health Services Inc.